**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **No. 2:15 CR 64** |
| | ) | |
| **CLARENCE DARNELL BLANCHARD** | ) | |

## O R D E R

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which objections have been waived, the Magistrate Judge's findings and recommendations are now **ADOPTED**. Defendant is **ADJUDGED** to have committed the violations of supervised release described in the Amended Summary Report of Violations. Defendant is sentenced to 9 months incarceration, with no supervision to follow, with credit for time served on the pending petition for revocation of supervised release.

**SO ORDERED.**

Date: October 7, 2020

s/ James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT